**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gerald SALLEY, Defendant–Appellant.**

**No. 01–7054.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Gerald Salley, pro se. Sean Kittrell, Office of the United States Attorney, Charleston, SC, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gerald Salley appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Salley*, Nos. CR–95–488; Ca–01–2011–3–19 (June 8, 2001). We dispense with oral argument because the facts and legal contentions are

---

* Although we have not determined when the one-year limitations period of § 2255 begins to run on claims raised under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court correct-

ly recognized *Apprendi* may not be applied retroactively to claims raised initially on collateral review. *See United States v. Sanders*, 247 F.3d 139, 151 (4th Cir.2001).